1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALEX LEONARD AZEVEDO,                    No.  1:24-cv-01373-KES-EPG

12              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS TO DENY IN
13         v.                                   FORMA PAUPERIS STATUS AND
                                                ORDERING PLAINTIFF TO PAY FILING
14    DEPARTMENT OF STATE HOSPITAL             FEE
      COALINGA,
15                                              Doc. 13
               Defendant.
16

17         Plaintiff Alex Leonard Azevedo is a state prisoner proceeding pro se in this civil rights

18   action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 4, 2024, plaintiff filed his initial complaint along with a motion to proceed

21   in forma pauperis.  Docs. 1, 2.  On November 26, 2024, the assigned magistrate judge issued

22   findings and recommendations that plaintiff's application to proceed in forma pauperis be denied

23   pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $405.00 filing fee in full

24   to proceed with this action.  Doc. 13.  Specifically, the findings and recommendations find that

25   plaintiff has accumulated more than three "strikes" and that he has failed to demonstrate that he

26   meets the imminent danger exception under 28 U.S.C. § 1915(g).  *Id.* at 4.  The findings and

27   recommendations were served on plaintiff and contained notice that any objections thereto were

28   to be filed within thirty days of service.  *Id.*  Plaintiff did not file any objections, and the deadline

                                                1

1    to do so has passed.

2        Pursuant to 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case.

3    Having carefully reviewed the matter, the Court concludes the findings and recommendations are

4    supported by the record and proper analysis.  Thus, plaintiff may not proceed in forma pauperis

5    and is required to pay the filing fee in full before proceeding any further with this action.

6        Accordingly, IT IS HEREBY ORDERED that:

7    1.  The findings and recommendations issued on November 26, 2024, Doc. 13, are

8        ADOPTED in full;

9    2.  Plaintiff is PRECLUDED from proceeding in forma pauperis in this action pursuant to 28

10       U.S.C. § 1915(g); and

11   3.  Plaintiff SHALL pay the $405.00 filing fee within thirty (30) days of the date of service of

12       this order.  If plaintiff fails to pay the filing fee within the specified time, this action will

13       be dismissed without further notice.

14

15

16   IT IS SO ORDERED.

17   Dated:    January 16, 2025

     _____
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2